UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESSE FERGUSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:23-CV-02681-B (BT) |
| | ) | |
| ROBERT MATLOCK | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's complaint will be dismissed.

SIGNED this 15th day of February, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE